PHILLIP A. TALBERT
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>ALEXANDER GAVIN,<br><br>　　　　　　　　　Defendant. | CASE NO. 5:21-PO-675-SAB<br><br>STIPULATION TO VACATE TRIAL DATE AND SET STATUS CONFERENCE RE APPOINTMENT OF COUNSEL; ORDER<br><br>DATE: February 1, 2022<br>TIME: 9:00 a.m.<br>COURT: Hon. Stanley A. Boone |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.　By previous order, this matter was set for trial on February 1, 2022.

2.　Defendant has indicated a desire to seek counsel to represent him in this matter. Defendant requests the Court vacate the trial date in this matter, and convert the February 1, 2022 hearing to a status conference regarding appointment of counsel, at which hearing he intends to move the Court to appoint counsel.

///

///

///

///

1

3. The government does not oppose the request.

IT IS SO STIPULATED.

Dated: January 28, 2022                          PHILLIP A. TALBERT
                                                 United States Attorney

                                                 /s/ JEFFREY A. SPIVAK
                                                 JEFFREY A. SPIVAK
                                                 Assistant United States Attorney

Dated: January 28, 2022                          /s/ ALEXANDER GAVIN
                                                 ALEXANDER GAVIN
                                                 Defendant, Pro Se
                                                 (approved via email 1/28/2022)

**ORDER**

IT IS SO ORDERED.

Dated:  **January 31, 2022**                     _____
                                                 UNITED STATES MAGISTRATE JUDGE

2